```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 14331
  JAMES A SIZE
  VALERIE A SIZE                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
  SSN XXX-XX-5405      SSN XXX-XX-1852

------------------------------------------------------------------------
             TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 11/03/06 and confirmed on 01/19/07.

     2.  The case was converted to Chapter 7 after confirmation, 02/07/2008.

     3.  The Debtor paid a total of $  14488.00 .

     4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | MORTGAGE ARRE | 80230.45 | .00 | 11574.98 |
| ALEXIAN BROTHERS MEDICAL | UNSECURED | 142.50 | .00 | .00 |
| ASSOCIATED PATHOLOGY CON | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| BONAVENTURE MEDICAL FOUN | UNSECURED | NOT FILED | .00 | .00 |
| CHUHAK & TECSON | UNSECURED | 3502.77 | .00 | .00 |
| ELMHURST CLINIC | UNSECURED | NOT FILED | .00 | .00 |
| ELMHURST MEMORIAL HOSPIT | UNSECURED | NOT FILED | .00 | .00 |
| JAYANT RADHAKRISHNAN MD | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| LOYOLA UNIVERSITY PHYS F | UNSECURED | 538.65 | .00 | .00 |
| MEDICAL BUSINESS BUREAU | UNSECURED | NOT FILED | .00 | .00 |
| IC SYSTEMS | UNSECURED | 1388.90 | .00 | .00 |
| PHYSICIANS SPORTS AND IN | UNSECURED | NOT FILED | .00 | .00 |
| RIVERSIDE MENTAL HEALTH | UNSECURED | NOT FILED | .00 | .00 |

```
              Summary of disbursements:
------------------------------------------------------------------------
                 SECURED     PRIORITY    UNSECURED      OTHER       TOTAL

TOTAL CLMS ALLOWED  80230.45        .00      5572.82        .00    85803.27
PRINCIPAL PAID      11574.98        .00          .00        .00    11574.98
INTEREST PAID            .00        .00          .00        .00         .00
TOTAL PAID          11574.98        .00          .00        .00    11574.98
The Debtor's attorney, JEFF WHITEHEAD                    , was allowed $    2800.00
and was paid $     472.54   direct and $    2327.46   through the plan.

The Trustee received $     585.56 .

Refunds to the Debtor totaled $         .00 .
```

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

Dated: 05/20/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE  2
CASE NO. 06 B 14331 JAMES A SIZE & VALERIE A SIZE